*E-FILED - 4/21/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANN RAMIREZ, | ) | No. C 07-4461 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| PAUL COPENHAVEN, | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action without prejudice to petitioner filing a new petition after exhausting the BOP's administrative appeals process. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/21/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Ramirez461jud

1